5:22-cv-369-WFS-PRL

RECEIVED 2022 AUG 19 PM 4:08 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

Petition for "federal question" form

my title is onawa chauke bey in red ink and all lower case letters. i am being falsely misrepresented as MONTINA BROWN in all black capital letters by the STATE OF FLORIDA, LAKE COUNTY DETENTION CENTER (where i am currently being held against my free, prior and informed consent), the DEPARTMENT OF CHILDREN AND FAMILIES, Lifestream behavior center, the LAKE COUNTY SHERIFF'S OFFICE, ORANGE COUNTY COURTHOUSE and the FLORIDA STATE HOSPITAL.

All these people at these places are discriminating against my indigenous nationality and my indigenous origin and religion and culture (heritage). included with this petition is a copy of my national identification card which is enclosed, along with a copy of my petition for a "writ of habeas corpus" and the response from the LAKE county circuit courts judge Heidi Davis. She did not provide a lawful reason for my detainment, which is the basis for my writ of habeas corpus court order. they are continuously acting in fraud and trying to swindle me into believing that i am a fictious character. the United States of America's commercial instrument known as the "birth certificate" is a null and void contract. according to contract law, all contracts must be in "good faith" and in full disclosure. the birth certificate and social security card is void ab initio. i am fraudulently being detained unlawfully under Florida state statues 787.01 Kidnapping and 787.03 interference with child custody. i recieved a "no victim contact order" while being detained in late december of 2021. i was arrested on september 30, 2021. the "no victim contact order" should have been properly served to me prior to december 2021. the case number is 2021-CF-002620. none of them are following or abiding by the constitution of the united states, the universal declaration of human rights law, the international human rights law, the federal indian law a discourse of conquest, the united nations declaration on the rights of indigenous people 2007, the american declaration on the rights of indigenous people 2016, the treaties of

page 1 of 2

peace and friendship between morocco and the united states of 1786/1787/1836 and the united states obligation codes of titles 18 USC 241, 18 241, 18 USC 247, 42 USC 1983, 42 USC 1985, 8 USC 1503, 11 USC 1503, 28 USC 1362, 28 USC 1350, 18 USC 1584, 18 USC 1341, 28 USC 1331, 28 USC 1360 and 22 USC 2255. these are laws, constructive arrangements, agreements and or treaties that were made and signed by all the nations and they prevail in all cases involving myself and my children. we are indigenous people and we are moorish american nationals. the STATE OF FLORIDA is forcing me to claim the fraud name of Montina Long in all black capital letters. they refuse to acknowledge my indigenous origin and the laws of the land. they are refusing to allow me to reclaim any portion of my land. the state of Florida acts as if they are above the law. Heidi Davis is continuously acting as a "trespasser of the law." "res judicata" has been challenged. LAKE COUNTY COURTS is "without authority". they can not and will not prove that they have delegation of authority over myself and my children. i have written several lawful affidavits requesting them to show me "proof" that they have rights over myself and my children. they have yet to provide proof of ownership and of title. i demanded for proof in audio and in a full disclosure document. both requests have been ignored and not answered. i need the "federal questions" forms sent to me at the LAKE COUNTY JAIL, inmate # 145818, 551 west main st, Tavares, Fl 32778. i need those forms immediately because i am starting a federal civil lawsuit against all people and places mentioned at the beginning of this affidavit. i was never mirandized (miranda rights) during or after my detainment.

all rights reserved
onawa ehawee bey
8/17/22

page 2 of 2