United States District Court Middle
District of Florida Ocala Division

onawa ehawee bey
falsely identified as
MONTINA LONG

Case # 5:22-CV-369-WFJ-PRL
Case # 2021-CF-002620-A
Case # 21 DP 102 (01)

v.

State of Florida,
Lake County Jail
Heidi Davis (Judge) circuit

Petition for writ of Habeas Corpus
title 28 USC 2254

FILED
2022 SEP -7 AM 11:11
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

the petitioner by and through (pro se) requests the court to direct Respondant to discharge her from custody on the grounds that she is unlawfully imprisoned and states the 5th judicial circuit court of Lake County Florida and the Department of children and families did not notify the petitioner, onawa ehawee bey, in written documentation ordering the petitioner to stay away from her own daughter. the petitioner was held in jail from August 11, 2021 until August 17, 2021, and then released into Lifestream Behaviour Center from August 17, 2021 until mid September of 2021 approximately around September 13, 2021. the petitioner was arrested again on September 30, 2021 on charges of kidnapping and interference with child custody under Florida State statue 787.01 and 787.03 which are not the supreme laws of the land. the petitioner was never called into court or served any court documents stating the petitioner could not go within a certain distant and or talk/text/email etc with her very own daughter. written documentation, details and or conditions should have been given to the petitioner "prior to" her arrest. the petitioner is not a psychic nor did she claim to be a psychic at anytime. the petitioner had no knowledge of a "no victim contact order" provided by Lake County Courts. After being detained approximately around December 30, 2021 and early January of 2022 the petitioner received "papers" from the department of children and families and the Lake County Jail.

page 1 of 5

She also recieved documents from the Lake county court stating that her child was removed from her care on August 19, 2021. the petitioner also recieved a "no victim contact order" from the Lake county Jail. the petitioner also recieved a letter from the department of children and families stating that Brittney cooper was the temporary guardian of her daughter and another document stated that her daughter was in foster care. the petitioner recieved all these papers at once, while being detained in the Lake county Jail. these documents should have been provided to the petitioner prior to her arrest not 3-4 months after the arrest. the petitioner was never mirandized and or told about her miranda rights or miranda warning. the petitioner was searched in a sexual manner by Kejuan monroe on september 30, 2021 while being arrested on fraud kidnapping charges. he is not a female public official. I presented my national identification card (copy) before being arrested, to the Lake county court, Governor Ron desantis, Joe biden, Janet yellen, the arch bishop, the united states Attorney General etc. posted publically (certified reciept) on www.scribd.com/onaua drawee bey. my national identification card bears the seal of my moroccan empire and the seal of my moorish american national republic federal government which is standing and is the only lawful government on this land of north america. the united states of America corporation company known prior to September 9, 1776 as the 13 colonies and or united colonies are discoverers of this land according to Christopher Columbus and the federal indian law a discourse of conquest. according to the united nations declaration on the rights of indigenous people 2007 - which is an agreement made by all the nations and the united states of America is a party to this agreement. the indigenous peoples are the traditional land owners of all natural resources, commerce and soil. I am an indigenous american and my children are indigenous moorish american nationals now in U.S citizen's care. a crime has been committed against us indigenous people - which is kidnapping my indigenous children punishable under title 18 USC 242. the state of Florida have broken the laws of titles 18 USC 241, 18 USC 247, 42 USC 1983, 8 USC 1503, 11 USC 1503, 28 USC 1362, 28 USC 1350, 18 USC 1584, 18 USC 1341, 28 USC 1331, 42 USC 1985, 28 USC 1360 and 22 USC 2255.

the State of Florida has also broken the universal declaration of human rights law articles 2, 4, 7, 15, 18, 20, 26 section 3 and 26 section 2. the state of Florida has also broken the law of the Constitution of the united states of 1789/1791 articles 3 section 2 and article 6 of the constitution and amendment one. the state of Florida has broken the laws of the united nations declaration on the rights of indigenous people 2007 articles 6, 7 section 2, 10, 15, 17, 18, 20, 22, 24-26, 28, 33 and 37. I am putting in a motion for the universal declaration of human rights, the united nations declaration on the rights of indigenous people 2007, the american declaration on the rights of indigenous people 2016, the constitution of the united states 1789/1791, the treaties of peace and friendship between morocco and the united States of 1786/1787/1836, the federal indian law a discourse of conquest and the international human rights law to be enforced in this case. I am putting in a motion for the united states obligation codes of 18 USC 241, 18 USC 242, 18 USC 247, 42 USC 1983, 42 USC 1985, 8 USC 1503, 11 USC 1503, 28 USC 1362, 28 USC 1350, 18 USC 1584, 18 USC 1341, 28 USC 1331, 28 USC 1360 and 22 USC 2255 to be enforced in this case. I am putting in a motion for the "no victim contact order" to be presented in this case. I am putting in a motion for the "birth certificate" in a full disclosure document and the social security card in a full disclosure document to be presented in this case. the state of Florida removed my children from my care using a "null and void" commercial instrument called the "birth certificate" which never gave full disclosure to the mother and father about what a birth certificate truly is. according to contract law all contracts must be in full disclosure and in "good faith" in order to be deemed valid. the state of Florida has committed fraud. the state of Florida is also fraudulently misrepresenting me as their wardship nom de Guerre name of MONTINA LONG in all Black capital letters. i am not MONTINA LONG. my title is maua ehawee bey in red ink and all lower case letters. the state of Florida is discriminating against my indigenous nationality and indigenous origin, my religion and culture. which is against the law.

page 3 of 5

the state of florida is refusing to recognize me in my propria persona sui juris (my proper self) which is stated on my national identification card enclosed with this habea corpus. also enclosed is the knowledge of what a birth certificate truly is. i am putting in a motion to file a "motion to proceed IFP (in forma pauperis) i am currently being detained so i do not have any money to pay the filing fee.

the state of floridas police department arrested me knowing my true identity, knowing i was never served any court order and or knowing i was confused about why i was being detained. in keyvan monroes vehicle i was distraught asking why was i being arrested - he stated "kidnapping". at the Lake canty jail i decided to use my 5th amendment right - the right to remain silent because the public officials refused to acknowledge my true identity. they kept forcing me to take on the name of MARTINA LONG which i did not. in my religion and culture we do not have names we have titles in red ink and all lower case letters. the state of florida, the department of children and families and the Lake canty jail nor the 5th judicial circuit court of LAKE canty florida do not have authority over indigenous people. res judicata is being challenged at this time. title 22 chapter 2 section 141 is being enforced. title 11 usc 1503 is being enforced. i am a moorish american consulate under record # macsa0001102 recorded by alessandra ali of the moorish national republic federal government. the department of children and families never gave me a reason why my daughter was removed from my care and my fathers care whom i left her with prior to my arrest on August 11, 2021. DCF removed my daughter from my fathers care without my free, prior and informed consent. i had no knowledge until months later that my daughter was temporarily with my sister brittney cooper.

wherefore, the petitioner requests this court to direct the respondants to discharge her from custody.

onawa ehawee bey
all rights reserved

I certify that a true and correct copy of the foregoing was hand delivered to Lake county jail / corrections officer and/or major deputy MR. HELTON and/or Sargent. on September 1, 2022 @ 551 west main St, tavares, Fl, 32778

I certify that a true and correct copy of the foregoing was mailed by the postal service to Gary J Cooney clerk of court and comptroller for Heidi Davis circuit judge. 550 W main St, tavares, Fl 32778 P.O Box 7800 on September 1, 2022

I certify that a true and correct copy of the foregoing was mailed by the postal service to the State of Florida, at the office of the Attorney General, 444 Seabreeze Blvd 5th Flr Daytona, Beach, florida 32118 on September 1, 2022

respectfully submitted,

onawa ehawee bey
all rights reserved
falsely identified as MONTINA LONG
in all black capital letters
august 30, 2022

page 5 of 5



"I would like to submit a copy of my national identification card to the courts so there is nomore confusion in regards to my identity

a Birth certificate (BC) the BC is a commercial instrument (document) evidencing that the State is holding the title (ownership) to the child. Holding the title is not the same as having possession of the property, so the State is the "holder" of the instrument but <u>not</u> the "holder in due course". This is all based on the presumed acceptance of the contract (Record of Live Birth) between the manufacturer (parents) and the purchaser (State). The parents are not aware of this assumed contract because it was never revealed to them nor was full disclosure made in good faith, so they don't object to what they don't know. The current holder of your commercial birth document (receipt) is able to capitalize on it because of your failure to instruct the holder to do otherwise, due to your silence and lack of legal action.

cer·tif·i·cate, *noun*. Middle English *certificat*, from Middle French, from Medieval Latin *certificatum*, from Late Latin, neuter of *certificatus*, past participle of *certificare*, to certify, 15th century. 3 : <u>a document evidencing ownership or debt</u>. (*Merriam Webster Dictionary 1998*).

This **Birth Certificate** issued by the State is then <u>registered</u> with the **U.S. Department of Commerce** through their agency, the **U.S. Census Bureau**, who is responsible to collect vital statistics from all the States. The word "registered", in commercial law, does not mean that your name was merely noted in a registry or book for reference purposes. <u>When a Birth Certificate is registered with the U.S. Department of Commerce, it means that the child's *persona* named on it has become a surety or guarantor as collateral for a commercial loan.</u>

registered. Security, bond. (*Merriam-Webster's Dictionary of Law 1996*).

Long, Montina



## Lake County Sheriff's Office
## Corrections Operations Division

### NO VICTIM CONTACT ORDER

As part of your court appearance, the judge imposed a NO VICTIM CONTACT ORDER pursuant to Florida Statutes 903. That means you are ordered by the Judge to NOT HAVE ANY CONTACT with the other person involved in the charge against you. That means you CANNOT do any of the following:

1. You CANNOT telephone, write, send messages by family, friends or third parties (except as set forth below) or have any verbal or nonverbal contact with the person(s):

**HOWARD, JAYLAH-JAHELL**
print name of victim(s)

2. You CANNOT send any e-mail, text, or twitter to the person. You CANNOT have any internet or computer contact with the person, including, but not limited to, facebook, myspace, linkedIn, or similar service.

3. You CANNOT go within 500 feet of anywhere the person is living, staying or visiting, even if it's your home. This means you CANNOT go home and get your belongings *unless law enforcement is with you.* You may have a family member or third party acceptable to the other person remove your clothing or personal effects, but you CANNOT be present during their removal. If there is any dispute in what can or cannot be removed, the family member or third party shall stop the removal and leave immediately.

4. You CANNOT knowingly go within 500 feet of the person's automobile or any vehicle the person is in, and you CANNOT follow the other person on public roads, streets, or in parking lots. Should you find yourself within 500 feet of the person, whether on public or private property, you must immediately remove yourself from the situation. The burden of maintaining the "no victim contact" is upon YOU and not the alleged victim. This means you cannot allow the alleged victim to contact or communicate with you, even if he or she attempts to contact you first. The alleged victim has no legal authority to relieve you of this Order. Only a Judge can do so by written order.

5. You CAN attend your own court hearings, but you CANNOT have any contact with the other person before, during or after those hearings except as permitted by the court.

6. Other: _____
   _____

**IF YOU DO NOT ABIDE BY ALL OF THE CONDITIONS IMPOSED UNDER THIS ORDER, YOU CAN BE ARRESTED, BROUGHT BACK TO JAIL AND YOUR BOND CAN BE REVOKED. ANY VIOLATION OF THIS ORDER MAY CONSTITUTE A SEPARATE CRIMINAL CHARGE AGAINST YOU**

I ACKNOWLEDGE RECEIPT OF A COPY OF THIS ORDER

_____  DATE: _____

Defendant's Signature