# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**MONTINA LONG,**

    Petitioner,

v.                                                                      **Case No: 5-22-cv-369-WFJ-PRL**

**LAKE COUNTY JAIL,**
**STATE OF FLORIDA, and**
**HEIDI DAVIS,**

    Respondent.
_____

## ORDER DISMISSING CASE

Petitioner initiated this case on August 19, 2022, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Doc. 1. The Court's order (Doc. 2) instructed Petitioner to apply for pauper status or pay the filing fee within thirty days upon pain of dismissal. However, Petitioner ignored the order and failed to pay the required filing fee or file a request to proceed as a pauper within thirty (30) days of the commencement of the case. Thus, this case is dismissed without prejudice. *See* 28 U.S.C. § 1914(a); *see also* Local Rule 6.04(b).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.     This case is **DISMISSED** without prejudice.

2.     The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Ocala, Florida on October 5, 2022.

1

2

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party